FILED

11/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

FILED

NOV 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The Honorable Christopher D. Abbott, Judge of the District Court for the First Judicial District of the State of Montana, has requested the assistance of retired District Judge Ed McLean to assume jurisdiction of the following Lewis and Clark County Cause Numbers:

| | |
|---|---|
| DV-25-2018-465 | *Humes v. Farmers Insurance* |
| DR-25-2019-210 | *McGlenn v. McGlenn* |
| DR 25-2011-447 | *Porter v. Struble* |
| DDV-2020-741 | *Montana Association of Counties v. Public Employees' Retirement Board* |
| DV-25-2018-318 | *Allied Waste Services v. Montana Department of Public Service Regulation* |
| DV-25-2020-960 | *Tickell v. Wright* |
| DV-25-2020-920 | *Anaya v. Tryan* |
| DV-25-2020-1430 | *Buck v. State* |
| DDR-25-2018-144 | *Coleman v. Herndon* |
| DV-2015-319 | *Reevis v. Town of Browning and State of Montana* |

Judge McLean has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the First Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. The Honorable Ed McLean, retired District Judge, is hereby called to active service in the District Court of the First Judicial District of the State of Montana, to assume judicial authority of Lewis and Clark County Cause Nos.

| DV-25-2018-465 | *Humes v. Farmers Insurance* |
| DR-25-2019-210 | *McGlenn v. McGlenn* |
| DR 25-2011-447 | *Porter v. Struble* |
| DDV-2020-741 | *Montana Association of Counties v. Public Employees' Retirement Board* |
| DV-25-2018-318 | *Allied Waste Services v. Montana Department of Public Service Regulation* |
| DV-25-2020-960 | *Tickell v. Wright* |
| DV-25-2020-920 | *Anaya v. Tryan* |
| DV-25-2020-1430 | *Buck v. State* |
| DDR-25-2018-144 | *Coleman v. Herndon* |
| DV-2015-319 | *Reevis v. Town of Browning and State of Montana* |

and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matters.

2. For all active service, Judge McLean shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerk of Court of Lewis and Clark County, with the request that this Order be sent to all counsel of record in the above-listed matters.

4. A copy of this Order shall also be furnished to the Honorable Christopher D. Abbott, the Honorable Ed McLean, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 23rd day of November, 2020.

_____
Chief Justice

2